# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Case No. 3:14-CR-63<br>) |
| | ) JUDGE CRYTZER |
| KEVIN S. THIBAULT | ) |

## AGREED ORDER OF REVOCATION

A Petition for Warrant for Offender under Supervision has been filed against the defendant, Mr. Kevin S. Thibault, and the defendant admits that he has violated his supervised release as alleged in the Petition. An agreement has been reached between the parties, recommending that Mr. Thibault's supervised release should be revoked and that he should receive a sentence of imprisonment of eighteen (18) months with no supervised release to follow. It is **RECOMMENDED** that Mr. Thibault be designated to a BOP facility in close proximity to Knoxville, Tennessee.

Mr. Thibault agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government Pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history is IV. The Petition for Warrant for Offender Under Supervision alleges Grade C violations. As such, the advisory guideline range is 6-12 months and there is a statutory maximum of two (2) years imprisonment. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but

not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

**IT IS HEREBY ORDERED**, therefore, that the defendant's supervised release is revoked. The defendant is hereby sentenced to a term of imprisonment of eighteen (18) months with no supervised release to follow.

ENTERED, this 16th day of November, 2023.

_____
Honorable Katherine A. Crytzer
United States District Court Judge

APPROVED FOR ENTRY:

_____
Kevin S. Thibault
Defendant

_____
Sarah H. Olesiuk
Attorney for Defendant

_____
Anne-Marie Svolto
Assistant U.S. Attorney

_____
Hayley D. West
U.S. Probation Officer

2